IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **PATRICIA BARBARA GRAHAM,** | ) | CHAPTER 13 |
| | ) | BANKRUPTCY CASE NO. 19-51504-pmb |
| Debtor, | ) | |
| | ) | |

---

| | | |
|---|---|---|
| FAIRINGTON VILLAGE | ) | |
| CONDOMINIUM ASSOCIATION, INC., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| PATRICIA BARBARA GRAHAM, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR RELIEF FROM STAY**

Movant Fairington Village Condominium Association, Inc. ("Association") hereby files this Motion for Relief from Stay as follows:

1.

This Motion is filed pursuant to Section 362(d) of the Bankruptcy Code for relief from the automatic stay in order to permit the Association to re-open and proceed with a Dispossessory Case against Debtor Patricia Barbara Graham ("Debtor") initiated by the Association against Debtor.

2.

On May 18, 2018, the Association obtained a Judgment against Debtor authorizing the Association's judicial foreclosure of Debtor's condominium unit located within the Fairington

Village Condominium, specifically 5203 Fairington Village Drive, Lithonia, Georgia 30038 ("Property"). A true and accurate copy of said Judgment is attached hereto as Exhibit "A" and incorporated herein by reference.

3.

On October 2, 2018, the Association's judicial foreclosure sale of the Property was facilitated and called out by the DeKalb County Sheriff's Office, and the Association was the winning bidder at the judicial foreclosure sale. Thus, the Association became the record owner of the Property. A true and accurate copy of the Sheriff's Deed reflecting same is attached hereto as Exhibit "B" and incorporated herein by reference.

4.

Despite the Association becoming and remaining the record owner of the Property as of October 2, 2018, Debtor continues to occupy and live in the Property.

5.

On January 18, 2019, the Association filed a Dispossessory Action in the Magistrate Court of DeKalb County, Case No. 19D69784, seeking a Writ of Possession for the Property. A true and accurate copy of the Dispossessory Action is attached hereto as Exhibit "C" and incorporated herein by reference.

6.

After being served with the Dispossessory Action, Debtor filed this Chapter 13 Bankruptcy Case, and as such, the Magistrate Court has stayed the Dispossessory Action.

7.

As a result of the automatic stay, the Association is unable to protect its interests and to take

possession and control of the Subject Property which it has owned since October 2, 2018. The Association is not adequately protected.

8.

Accordingly, the Association is entitled to relief pursuant to Section 362(d) of the Bankruptcy Code.

WHEREFORE, the Association respectfully requests that this Court grant its Motion for Relief from Stay and issue an Order:

(a) Relieving the Association from the automatic stay of Bankruptcy Code Section 362;

(b) Authorizing the Association to re-open the pending Dispossessory Action and to proceed with same, including without limitation, ascertaining a Writ of Possession, physically evicting Debtor from the Property, and taking physical possession and control of the Property; and

(c) Award Movant such other and further relief as may be just and proper.

Respectfully submitted this 19th day of February, 2019.

WINTER CAPRIOLA ZENNER, LLC

/s/ Elizabeth Frey Taylor
Elizabeth Frey Taylor
Georgia Bar No. 276899

*Attorneys for Movant*
One Securities Centre
3490 Piedmont Road NE
Suite 800
Atlanta, Georgia 30305
(404) 844-5700
btaylor@wczlaw.net

## IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

FAIRINGTON VILLAGE CONDOMINIUM
ASSOCIATION, INC.,

        Plaintiff,

v.

PATRICIA GRAHAM,

        Defendant.

Civil Action File No: 16CV7945-10

### ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Fairington Village Condominium Association, Inc. having filed its Motion for Summary Judgment against Defendant Patricia Graham on or about December 18, 2017; Defendant having failed to file a response to said Motion; this matter having come before the Court for a Hearing on April 18, 2018; and this Court having considered Plaintiff's Motion, Plaintiff's Brief in Support, all matters of record, and the applicable and controlling law, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Summary Judgment is **GRANTED**. A Judgment is hereby entered in favor of Plaintiff Fairington Village Condominium Association, Inc. and against Defendant Patricia Graham in the following amounts:

| | |
|---|---|
| $ 11,594.57 | Principal |
| $ 2,411.65 | Interest |
| $ 6,085.30 | Attorneys Fees & Expenses |
| $ 264.00 | Court Costs |
| $ 20,355.52 | TOTAL |



SNH

It is further **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff is authorized to foreclose upon this Judgment against Defendant and its statutory lien upon Defendant's Unit located within Fairington Village Condominium, specifically 5203 Fairington Village Drive, Lithonia, Georgia 30038, in the same manner as other liens for the improvement of real property, subject to superior liens or encumbrances, as authorized by O.C.G.A. § 44-3-109.

SO ORDERED, this 17 day of _____May_____, 2018.

JUDGE TANGELA BARRIE
SUPERIOR COURT OF DEKALB COUNTY

Prepared and presented by:

Elizabeth F. Taylor, Esq.
Georgia State Bar No. 276899
WINTER CAPRIOLA ZENNER, LLC
3490 Piedmont Road NE
Suite 800
Atlanta, Georgia 30305
404.844.5700
btaylor@wczlaw.net

# SHERIFF'S DEED

STATE OF GEORGIA, COUNTY OF DEKALB

Elizabeth F. Taylor, Esq.
Winter, Capriola Zenner, LLC
One Securities Centre
3490 Piedmont Road NE, Suite 800
Atlanta, GA 30305

**2018170511**   DEED BOOK **27194** Pg **649**

Real Estate Transfer Tax $0.00

Filed and Recorded:
**10/12/2018 9:16:51 AM**
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

RE:   Parcel ID: 16 074 15 023
File No: OCT2018-02

SALE PRICE:   $100.00
SALE DATE:    October 2, 2018

This indenture (the "Deed") made as of this second day of October 2018 by and between Patricia Graham ("Owner") by and through Jeffrey L. Mann, not individually, but in his official capacity as the Sheriff of DeKalb County (hereinafter "Grantor") and Fairington Village Condominium Association, Inc. (hereinafter "Grantee").

WITNESSETH that Jeffrey L. Mann, Sheriff of DeKalb County, Georgia, did sell a tract of land lying and being in DeKalb County and herein after more fully described as the property of Patricia Graham and after having advertised said property as required by law, by virtue of an Order on Plaintiff's Motion for Summary Judgment in the Superior Court of DeKalb County, Case Number 16CV7945-10, Fairington Village Condominium Association, Inc., Plaintiff vs Patricia Graham, Defendant, having the total principal amount $11,594.57 plus interest, attorney's fees, and court costs issued to satisfy judgment issued on behalf of Fairington Village Condominium Association, Inc., Judgment Date of May 17, 2018, FiFa recorded in Lien Book 2062 /Page 230.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 74 OF THE 16TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING BUILDING 5, UNIT 5203, FAIRINGTON VILLAGE CONDOMINIUM, PHASE II, AS PER PLAT RECORDED IN PLAT BOOK 147, PAG 46-49, DEKALB COUNTY, GEORGIA RECORDS, SUBJECT TO THAT CERTAIN DECLARATION OF CONDOMINIUM FOR FAIRINGTON VILLAGE CONDOMINIUM, FILED FOR RECORD JULY 9, 2004, AND RECORDED AT DEED BOOK 16426, PAGE 649, AMENDED AT DEED BOOK 16559, PAGE 561, DEKALB COUNTY, GEORGIA RECORDS, WHICH DECLARATION MAY BE AMENDED FROM TIME TO TIME AND WHICH TERMS AND CONDITIONS ARE INCORPORATED HEREIN AND MADE A PART HEREOF BY REFERENCE.

Real Property known as 5203 FAIRINGTON VILLAGE DRIVE AND Tax Parcel I.D. 16 074 15 023 per records of the Tax Commissioner and Tax Assessor of DeKalb County.

Whereas, the Sheriff of DeKalb County did expose said property for sale on the first Tuesday in October 2018, within the legal hours of sale at the usual place for conducting Sheriff's sales in DeKalb County before the Courthouse door and offered said property for sale, subject to prior liens and encumbrances as provided in O.C.G.A. § 44-3-109 at public outcry to the highest bidder for cash when and where Fairington Village Condominium Association, Inc. bid ONE HUNDRED AND 00/100 DOLLARS ($100.00).

TO HAVE AND TO HOLD the said described premises unto Grantee, so that neither Grantor nor any person or persons claiming under Grantor shall at any time, by any means or ways, have, claim or demand any right or title to said premises or appurtenances, or any right thereof.


EXHIBIT B

**GRANTOR:**

DEED BOOK 27194 Pg 650
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

Signed, sealed, and delivered

in the presence of

_____
Unofficial Witness

_____
Notary Public
Commission Date:
(NOTARIAL SEAL)

Patricia Graham

By and through

_____
Jeffrey L. Mann, Sheriff
DeKalb County

OFFICIAL SEAL
O. STRONG
Notary Public, Georgia
HENRY COUNTY
My Commission Expires
February 19, 2022

**MAGISTRATE COURT OF DEKALB COUNTY**

## DISPOSSESSORY WARRANT

No. 19D49784
Deposit Paid $ 89.00 CK 034554

**Plaintiff's Name and Address**
Fairington Village
Condominium Association, Inc.

VS.

**Defendant's Name and Address**
Patricia Graham
5203 Fairington Village Drive
Lithonia, GA 30038

**Plaintiff's Attorney and Address**
Ga. Bar No. 276899
Elizabeth F. Taylor, Counsel for Plaintiff
3440 Piedmont Rd. NE, Suite 300
Atlanta, GA 30305
404-844-5700
btaylor@wczlaw.net

RECEIVED JAN 28 2019 Dekalb Marshal

Personally appeared the undersigned who upon oath says that he is (owner), (attorney at law), (agent), (attorney in fact) for the owner of said premises, and that Defendant is in possession as tenant of premises at the above address in DeKalb County.

**FURTHER:**
☐ That said tenant fails to pay rent now due thereon;
☐ That tenant is holding said house and premises over and beyond the term for which the same was rented or leased to him;
☒ That said tenant is a tenant at sufferance;

The said owner desires and has demanded possession of said house and premises, and the same has been refused by the said defendant and affiant makes this affidavit that a warrant may issue for the removal of said defendant together with his property from said house and premises.

**PLAINTIFF PRAYS:**
(a) judgment for the past due rent in the amount of $_____;
(b) rent accruing up to the date of judgment or vacancy at the rate of $_____ per _____.
(c) other possession of the property located at 5203 Fairington Village Drive, Lithonia, GA 30038. Plaintiff has been in recent arrears of said property since October 12, 2018.

## SUMMONS

TO THE MARSHAL of the State Court of DeKalb County or his lawful deputies, GREETINGS:

The defendant herein is hereby commanded and required personally or by attorney to file with the Clerk of the Magistrate Court of DeKalb County, 2nd Floor, Suite 270, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough St., Decatur, Georgia within seven (7) days from the date of service of the within affidavit and summons (or on the first business day thereafter if the seventh day falls on Saturday, Sunday or legal holiday) then and there to answer said affidavit in writing or orally (orally means infront of a deputy clerk). If such answer is not made to said affidavit on or before the **30** day of **JAN**, 20**19**, a writ of possession shall issue instanter as by law provided, and a judgment by default will be taken against you for all rents demanded in the complaint.

Witness, the Honorable Berryl A. Anderson, Judge of said Court

Sworn to, subscribed and filed before me, this **January 18**, 20**19**

By: _Monica McDonald_ Deputy Clerk

Affiant: _Elizabeth F. Taylor_
Phone No. 404-844-5700

**EXHIBIT C**

### MARSHAL'S ENTRY OF SERVICE

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of the same
☐ Personally   ☐ Defendant not found in the jurisdiction of this
☐ To a person sui juris residing on the premises (Name) _____
  Age ____ Wt. ____ Ht. ____
☒ By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed with adequate postage thereon, said copy containing notice to the Defendant(s) to answer at the place stated in said summons.

DATE OF SERVICE **JAN 23**, 20**19**    K. Auty #687 Deputy Marshal
C0830
personal/notorious service attempted 1-23-19

19DISP000523

19 074 15 023



magdispo2008

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **PATRICIA BARBARA GRAHAM,** | ) CHAPTER 13 |
| | ) BANKRUPTCY CASE NO. 19-51504-pmb |
| Debtor, | ) |
| | ) |

---

| | |
|---|---|
| FAIRINGTON VILLAGE | ) |
| CONDOMINIUM ASSOCIATION, INC., | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) CONTESTED MATTER |
| | ) |
| PATRICIA BARBARA GRAHAM, | ) |
| | ) |
| Respondent. | ) |

**CERTIFICATE OF SERVICE**

I certify that I have this date served the following parties with a copy of the within and foregoing **Motion for Relief from Stay** by placing a true copy of same in the United States First Class Mail with adequate postage thereon to ensure proper delivery to:

Patricia Barbara Graham, Debtor
P.O. Box 1423
Lithonia, Georgia 30058

Karen King, Counsel for Debtor
King & King, LLC
215 Pryor Street SW
Atlanta, Georgia 30303

Melissa J. Davey, Chapter 13 Trustee
Suite 200
260 Peachtree Street NW
Atlanta, Georgia 30303

Respectfully submitted this 19th day of February, 2019.

WINTER CAPRIOLA ZENNER, LLC

/s/ Elizabeth Frey Taylor
Elizabeth Frey Taylor
Georgia Bar No. 276899

*Attorneys for Movant*
One Securities Centre
3490 Piedmont Road NE
Suite 800
Atlanta, Georgia 30305
(404) 844-5700
btaylor@wczlaw.net

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| **PATRICIA BARBARA GRAHAM,** | ) CHAPTER 13 |
| | ) BANKRUPTCY CASE NO. 19-51504-pmb |
| Debtor, | ) |
| | ) |
| FAIRINGTON VILLAGE | ) |
| CONDOMINIUM ASSOCIATION, INC., | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) CONTESTED MATTER |
| | ) |
| PATRICIA BARBARA GRAHAM, | ) |
| | ) |
| Respondent. | ) |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION FOR RELIEF
FROM AUTOMATIC STAY AND TIME TO FILE SAME**

NOTICE IS HEREBY GIVEN that on February 19, 2019, Movant filed a MOTION FOR RELIEF FROM STAY pursuant to 11 U.S.C. § 362.

NOTICE IS FURTHER GIVEN that pursuant to BLR 6008-2, Respondent must file a response to the Motion within 21 days after service and serve a copy of said response upon Movant's Counsel.

If no response is timely filed and served, the Motion will be deemed unopposed. The Bankruptcy Court may enter an order granting the relief sought.

Within three (3) days of the date of this notice, Movant's attorney shall serve the Motion

and this notice upon the debtor, trustee, and debtor's attorney of record, and Movant shall file a certificate of service within three (3) days of service.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings, you may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response to the Clerk's office at the following address: U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Respectfully submitted this 19th day of September, 2019.

WINTER CAPRIOLA ZENNER, LLC

/s/ Elizabeth Frey Taylor
Elizabeth Frey Taylor
Georgia Bar No. 276899

*Attorneys for Movant*
One Securities Centre
3490 Piedmont Road NE
Suite 800
Atlanta, Georgia 30305
(404) 844-5700
btaylor@wczlaw.net

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **PATRICIA BARBARA GRAHAM,** ) | CHAPTER 13 |
| ) | BANKRUPTCY CASE NO. 19-51504-pmb |
| Debtor, ) | |
| ) | |

---

| | |
|---|---|
| FAIRINGTON VILLAGE ) | |
| CONDOMINIUM ASSOCIATION, INC., ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | CONTESTED MATTER |
| ) | |
| PATRICIA BARBARA GRAHAM, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF HEARING

Movant Fairington Village Condominium Association, Inc. filed a Motion for Relief from Stay. A Hearing will be held on this Motion in Courtroom 1202, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303, at 1:30 p.m. on March 14, 2019.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file

a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least three business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Movant waives the provisions of §362(e)(2). Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: February 19, 2019

                                                WINTER CAPRIOLA ZENNER, LLC

                                                /s/ Elizabeth Frey Taylor
                                                Elizabeth Frey Taylor
                                                Georgia Bar No. 276899

*Attorneys for Movant*
One Securities Centre
3490 Piedmont Road NE
Suite 800
Atlanta, Georgia 30305
(404) 844-5700
btaylor@wczlaw.net

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **PATRICIA BARBARA GRAHAM,** | ) CHAPTER 13 |
| | ) BANKRUPTCY CASE NO. 19-51504-pmb |
| Debtor, | ) |
| | ) |

---

| | |
|---|---|
| FAIRINGTON VILLAGE | ) |
| CONDOMINIUM ASSOCIATION, INC., | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) CONTESTED MATTER |
| | ) |
| PATRICIA BARBARA GRAHAM, | ) |
| | ) |
| Respondent. | ) |

**CERTIFICATE OF SERVICE**

I certify that I have this date served the following parties with a copy of the within and foregoing **Notice of Hearing** by placing a true copy of same in the United States First Class Mail with adequate postage thereon to ensure proper delivery to:

> Patricia Barbara Graham, Debtor
> P.O. Box 1423
> Lithonia, Georgia 30058
>
> Karen King, Counsel for Debtor
> King & King, LLC
> 215 Pryor Street SW
> Atlanta, Georgia 30303

                    Melissa J. Davey, Chapter 13 Trustee
                    Suite 200
                    260 Peachtree Street NW
                    Atlanta, Georgia 30303

Respectfully submitted this 19th day of February, 2019.

                                          WINTER CAPRIOLA ZENNER, LLC

                                          */s/* Elizabeth Frey Taylor
                                          Elizabeth Frey Taylor
                                          Georgia Bar No. 276899

*Attorneys for Movant*
One Securities Centre
3490 Piedmont Road NE
Suite 800
Atlanta, Georgia 30305
(404) 844-5700
btaylor@wczlaw.net