UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| PATRICIA BARBARA GRAHAM | ) CASE NO. 19-51504-PMB |
| | ) |
| | ) |
| DEBTOR. | ) |

**CHAPTER 13 TRUSTEE'S**
**OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

COMES NOW Melissa J. Davey, Chapter 13 Trustee, and objects to confirmation of the plan and files this motion to dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. The plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

2. The Debtor has failed to provide copies of all pay advices received within sixty (60) days of filing the instant case, in violation of 11 U.S.C. Section 521(a)(1)(B)(iv).

3. In accordance with General Order Nos. 18-2015 and/or 22-2017 and the Statement of Rights and Responsibilities, the Debtor's attorney should timely provide proof of Debtor's $4,000.00 per month wage income and Debtor's self-employment income to the Chapter 13 Trustee. 11 U.S.C. Sections 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

4. The Trustee requests proof of the $1,400.00 expenses for taxes reflected on Debtor's schedules in order to determine whether the Plan complies with 11 U.S.C. Sections 1325(a)(3) and 1325(b)(1)(B). The Trustee also requests an accounting showing this is the proper amount.

5. The Debtor has failed to provide the Trustee with a copy of the 2018 federal income tax return for the most recent tax year ending immediately before the commencement of the instant case in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

6. Pursuant to testimony from the meeting of creditors, Debtor is represented by counsel, Matthew Hines, in a pending/or anticipated non-bankruptcy litigation. The attorney must be approved as special counsel by the Bankruptcy Court in accordance with 11 U.S.C. Section 329 and Bankruptcy Rules 2016 and 2017.

7. The Chapter 13 Plan fails to provide that all net proceeds from the Debtor's pending/anticipated lawsuit will be paid to the Trustee for distribution to allowed unsecured claims, as required by 11 U.S.C. Sections 1325(a)(3), 1325(a)(4), and 1325(b).

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

8.  Debtor's Schedules I and/or J fails to accurately reflect that Debtor has not yet started the job with Cave Night Club and Grill, preventing the Chapter 13 Trustee from determining whether the Plan complies with 11 U.S.C. Sections 1325 (a)(3), (a)(6), and/or 1325(b)(1)(B).

9.  Debtor may not be contributing all projected disposable income to creditors, as the Debtor's Schedules fails to reflect Debtor's flower sales income of approximately $16,000.00 per year and contract work income (billing and consulting), in violation of 11 U.S.C. Sections 1325(a)(3), 1325(a)(7), and 1325(b).

10. The Trustee requests proof of the expense for Debtor's Condominium Owner's Association in the amount of $195.00 per month on Debtor's Schedules in order to determine whether the Plan complies with 11 U.S.C. Sections 1325(a)(6) and 1325(b)(1)(B). Pursuant to Debtor's testimony, the Debtor has not paid this debt.

11. The Chapter 13 Trustee is unable to administer the provisions in the Chapter 13 Plan regarding the claim of Fairington Village Condominium Owner's Association (interest). The Plan should be amended to clarify the creditor's treatment and/or to provide additional information to allow administration of the payments to the creditor.

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/ Mandy K. Campbell
Mandy K. Campbell
Attorney for Chapter 13 Trustee
GA Bar No. 142676

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| PATRCIA BARBARA GRAHAM | ) | CASE NO.: 19-51504-PMB |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

19-51504-PMB

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Objection to Confirmation & Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Karen King    myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com
Elizabeth F. Taylor    btaylor@wczlaw.net

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

DEBTOR(S):
PATRCIA BARBARA GRAHAM
PO BOX 1423
LITHONIA, GA  30058

March 20, 2019.

/s/
_____
Mandy Campbell
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450